# United States Court of Appeals
### For The District Of Columbia Circuit
_____

**No. 20-1489**　　　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　NRC-40-9075-MLA

　　　　　　　　　　　　　　　　　　　　**Filed On:** December 13, 2022

Oglala Sioux Tribe and Aligning for
Responsible Mining,

　　　　　Petitioners

　　v.

U.S. Nuclear Regulatory Commission and
United States of America,

　　　　　Respondents

------------------------------

Powertech (USA), Inc.,
　　　　　Intervenor

　　**BEFORE:**　Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, and Pan*, Circuit Judges

## O R D E R

　Upon consideration of petitioners' petition for rehearing en banc, the responses thereto, and the absence of a request by any member of the court for a vote, it is

　**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　Deputy Clerk

---

* Circuit Judge Pan did not participate in this matter.