# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-1489**                 **September Term, 2022**

NRC-40-9075-MLA

**Filed On: December 21, 2022** [1978504]

Oglala Sioux Tribe and Aligning for
Responsible Mining,

        Petitioners

    v.

U.S. Nuclear Regulatory Commission and
United States of America,

        Respondents

------------------------------

Powertech (USA), Inc.,
        Intervenor

## M A N D A T E

    In accordance with the judgment of August 9, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                BY:     /s/
                                 Daniel J. Reidy
                                 Deputy Clerk

Link to the judgment filed August 9, 2022